# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN COIT, | : | |
|     Plaintiff | : | |
| | : | No. 1:18-cv-2439 |
| v. | : | |
| | : | (Judge Kane) |
| B. FISHER, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of June 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion for a preliminary injunction and temporary restraining order (Doc. No. 17) is **DENIED**.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania