# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN COIT,** | : | |
|     **Plaintiff,** | : | |
| | : | **No. 1:18-cv-02439** |
|     v. | : | |
| | : | **(Judge Kane)** |
| **B. FISHER,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 24th day of July 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to amend (Doc. No. 63) his statement of facts in opposition to summary judgment is **GRANTED**;

2. Defendant Fisher's motion for summary judgment (Doc. No. 53) is **DENIED**; and

3. A separate Order regarding further proceedings in the above-captioned action shall issue.

                                                                  s/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   United States District Court
                                                                   Middle District of Pennsylvania